IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL DROBOT,

    Plaintiff,

v.

24 HOUR FITNESS,

    Defendants.

No. C 09-01318 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On June 15, 2009, the Court granted the parties' Stipulation to Stay Plaintiffs' Claims Pending Arbitration. There has been no further activity in this matter. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court regarding the status of arbitration by no later than April 2, 2010. Thereafter, the parties shall submit joint status reports to the Court every 180 days thereafter or until either party moves to lift the stay.

**IT IS SO ORDERED.**

Dated: March 22, 2010

                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE