1 | (Counsel listed on next page)
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 PAUL DROBOT, an individual; and REGINALD ALLISON, an individual, | No. CV-09-1318-JSW |
| 12 | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| 13  Plaintiffs, | |
| 14  vs. | |
| 15 24 HOUR FITNESS USA, INC. a California corporation, | |
| 16  Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | WILLIE L. BROWN (Cal. State Bar No. 29656) |
| | 100 The Embarcadero Penthouse |
| 2 | San Francisco, California 94105-1217 |
| | Telephone: (415) 777-0310 |
| 3 | Facsimile: (415) 777-0360 |
| 4 | LOUISE H. RENNE (Cal. State Bar No. 36508) |
| | JONATHAN V. HOLTZMAN (Cal. State Bar No. 99795) |
| 5 | STEVE CIKES (Cal. State Bar No. 235413) |
| | RENNE SLOAN HOLTZMAN SAKAI LLP |
| 6 | 350 Sansome Street, Suite 300 |
| | San Francisco, California 94104-1304 |
| 7 | Telephone: (415) 678-3800 |
| | Facsimile:  (415) 678-3838 |
| 8 | lrenne@publiclawgroup.com |
| | jholtzman@publiclawgroup.com |
| 9 | scikes@publiclawgroup.com |
| 10 | LESLIE F. LEVY (Cal. State Bar No. 77184) |
| | SHARON R. VINICK (Cal. State Bar No. 129914) |
| 11 | EMILY NUGENT (Cal. State Bar No. 255048) |
| | DICKSON LEVY VINICK BURRELL HYAMS LLP |
| 12 | 180 Grand Avenue, Suite 1300 |
| | Oakland, California  94612 |
| 13 | Telephone: (510) 318-7700 |
| | Facsimile:  (510) 318-7701 |
| 14 | leslie@dicksonlevy.com |
| | sharon@dicksonlevy.com |
| 15 | emily@dicksonlevy.com |
| 16 | Attorneys for Plaintiffs |
| | Paul Drobot and Reginald Allison |
| 17 | |
| 18 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073) |
| 19 | CHRISTINA F. LATTA (Cal. State Bar No. 257315) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 20 | 55 Second Street, 24th Floor |
| | San Francisco, California  94105-3441 |
| 21 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 22 | jeffwohl@paulhastings.com |
| | jeffmichalowski@paulhastings.com |
| 23 | christinalatta@paulhastings.com |
| 24 | Attorneys for Defendant |
| | 24 Hour Fitness USA, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL_US_W # 64666163.1

STIP. FOR DISMISSAL WITH PREJUDICE, ORDER
U.S.D.C., N.D. Cal., No. CV-09-1318-JSW

| | |
|---|---|
| 1 | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, plaintiffs Paul Drobot and Reginald Allison and defendant 24 Hour Fitness USA, Inc., through their respective counsel, stipulate to the dismissal of this action with prejudice, each side bearing its own costs and attorneys' fees.

Dated: May 14, 2010.

WILLIE L. BROWN
LOUISE H. RENNE
JONATHAN V. HOLTZMAN
STEVE CIKES
RENNE SLOAN HOLTZMAN SAKAI LLP

LESLIE F. LEVY
SHARON R. VINICK
EMILY NUGENT
DICKSON LEVY VINICK BURRELL HYAMS LLP

By: _____
Steve Cikes
Attorneys for Plaintiffs
Paul Drobot and Reginald Allison

Dated: May 14, 2010.

JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
CHRISTINA F. LATTA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
24 Hour Fitness USA, Inc.

[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing therefor,

IT IS ORDERED that this action be and is hereby DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: May 18, 2010

_____
Jeffrey S. White
United States District Judge